UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80690-CIV-RYSKAMP/VITUNAC

MONICA A. HARMON,

    Plaintiff,

v.

SYNERGETIC COMMUNICATIONS, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the October 21, 2011 **[DE 14]** Rule 41(a)(1)(A)(ii) joint stipulation for dismissal with prejudice. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees except as otherwise agreed by the parties. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 31st day of October, 2011.

                                                  S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE